STROBE DATA INC., a Washington corporation, Plaintiff–Appellant,

v.

DIGITAL EQUIPMENT CORPORA-TION, a Massachusetts corporation, Defendant–Appellee.

Strobe Data Inc., a Washington corporation, Plaintiff–Appellee,

v.

Digital Equipment Corporation, a Massachusetts corporation, Defendant–Appellant.

No. 99–36119, 99–36211.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 15, 2001.

Decided June 29, 2001.

Before B. FLETCHER, BRUNETTI and FISHER, Circuit Judges.

MEMORANDUM *

Having ourselves reviewed the record, we affirm for the reasons stated by the district court. As to the cross-appeal, the court's reasons for denying costs are evi-dent from the opinion. Thus, we affirm on the costs issue as well.

AFFIRMED.

* This disposition is not appropriate for publica-tion and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.